IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT L. THOMAS, JR.**                                         **PLAINTIFF**

v.                **CASE NO. 4:19-CV-00197-BSM**

**UNION PACIFIC RAILROAD COMPANY**                 **DEFENDANT**

## ORDER

Pursuant to the joint stipulation of dismissal [Doc. No. 13], this case is dismissed with prejudice. The parties will bear their own costs.

IT IS SO ORDERED this 24th day of March, 2020.

                                                              _/s/ Brian S. Miller_
                                                            UNITED STATES DISTRICT JUDGE