IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT L. THOMAS, JR.**                                                       **PLAINTIFF**

**v.**                 **CASE NO. 4:19-CV-00197-BSM**

**UNION PACIFIC RAILROAD COMPANY**                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of March, 2020.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE